Arthur L. Newman v. The Jno. J. Mitchell Company, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Hochstim v. John A. Sonntag.—Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Vittorio Bruno v. James K. Rogers and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris Miodownick v. Jacob Horowitz.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Barnet S. Schneider v. Alexander Schlang.— Motion to dismiss appeal denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Robert L. McElroy v. Albert Goldstein.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Szel Import and Export Company and Others·v. Fannie Corn, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.·

German Savings Bank, etc., v. Phillip Wagner, as Committee, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bessie V. Fargo v. Moses Arndtstein.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Western National Bank v. Elizabeth C. Seaman.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Philadelphia Warehouse Company v. Elizabeth C. Seaman.— Motion to dismiss appeal granted, with ten dollars costs. See rule 41 of the General Rules of Practice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.